MAGNET COVE BARIUM CORP. *v.* UNITED STATES ET AL.

No. 296.   Decided October 19, 1959.

*Frank A. Leffingwell* for appellant.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Robert W. Ginnane* and *Francis A. Silver* for the United States and the Interstate Commerce Commission, and *Eldon Martin* for the Chicago, Burlington & Quincy Railroad Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.